*United States District Court*
**EASTERN DISTRICT OF NEW YORK**

Page 1 of 2

UNITED STATES OF AMERICA

v.

Jose Familia Reyes
**Defendant**

ORDER SETTING CONDITIONS
OF RELEASE AND BOND

Case No.: 13 CR 259 (KAM)

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:
[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or   $250,000
[ ] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in, and may not leave the following areas without Court permission: EDNY SDNY NJ - with prior permission from pre-trial

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[X] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
[X] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;  as directed
[X] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____;
[ ] is subject to home detention with electronic monitoring with the following conditions: _____
[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: _____

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 250,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____;
[ ] premises located at: _____ owned by _____
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.
[ ] Other Conditions: _____

X Mercedes Familia   Address: X 2 Morris Place Yonkers NY
   Surety
X Marino Familia     Address: _____
   Surety
X Marilery Familia   Address: _____
   Surety
X Madeline Familia   Address: _____
   Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

s/SMG                                            Joe Familia
                                                 Signature of Defendant

Release of the Defendant is hereby ordered on  6/28, 2013

_____, USMJ

Distribution:   White-Original   Canary - Courtroom Deputy   Pink - Pretrial Services   Goldenrod - Defendant

Docket No. __13 CR 259 (KAM)__   PAGE __2__ OF __2__

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: __Jose Familia Reyes__   Amount of Bond: $ __250,000__

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| Surety | Address | Date | Acknowledged Before |
|---|---|---|---|
| X David Ashley / David Antonio Ashley | 608 North Main St. Wilkes Barre | 6/27 | JMA USMJ |
| X Jose Osorio / Jose Osorio | 2 Morris Place 4th Fl. Yonkers | 6/27 | JMA USMJ |
| X Randy Quezada / Randy Quezada | 24 E. Post Rd White Plains | 6/27 | JMA USMJ |
| X Elsa Guzman / Elsa Guzman | 222 Vredenburgh Ave. Yonkers | 6/27 | JMA USMJ |
| X Victor Lorenzo Jimenez / Victor Lorenzo Jimenez | 170 Beech St. #12 Yonkers | 6/27 | JMA USMJ |
| Surety: | | | USMJ |

Signed and Acknowledged by all the above sureties before me on _____, 20____   _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____