LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd., Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Brian A. Jacobs, Esq.
Miguelina M. Camilo, Esq.
Don K. Taylor - Paralegal

March 19, 2015

**VIA ELECTRONIC CASE FILING**
The Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **United States v. Jose Familia Reyes**
13-CR-259 (KAM)

Your Honor,

As Your Honor is aware, I am counsel to Mr. Familia Reyes on the above referenced matter. Mr. Familia Reyes is presently scheduled to be sentenced before Your Honor on March 26, 2015.

I submit this letter as a respectful request to adjourn the sentence for approximately one month as I am currently actually engaged in trial before the Honorable Judge Oliver in Bronx Supreme Court in the matter of People v. Alexis Mercedes. Mr. Mercedes is charged with attempted murder and I anticipate the trial should last approximately three weeks from this upcoming Monday.

My colleague, Brian Pakett left a message for AUSA Jager last evening to inform her of this request and we are awaiting word back from her.

Thank you for your time and consideration.

Respectfully Submitted,

Murray Richman

MR/bp